UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIC PETRECE STANLEY, JR.,<br>    Plaintiff,<br>v.<br>J. MCCLAY, et al.,<br>    Defendants. | Case No. 21-cv-04496-JD<br><br>**SCHEDULING ORDER** |

The Court is advised that the case did not settle. Dkt. No. 40. The case is reopened, and the Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases and Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | February 9, 2024 |
| Fact discovery cut-off | April 26, 2024 |
| Expert disclosures | May 17, 2024 |
| Rebuttal expert disclosures | May 31, 2024 |
| Expert discovery cut-off | June 14, 2024 |
| Last day to file dispositive and FRE 702 motions | July 18, 2024 |
| Pretrial conference | Thursday, October 31, 2024, at 1:30p.m. |
| Jury trial | Monday, November 18, 2024, at 9:00a.m. |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  January 25, 2024

JAMES DONATO
United States District Judge